NOTE: CHANGE MADE BY COURT

# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, an individual,<br><br>      Plaintiff,<br><br>      v.<br><br>FM RESTAURANT SIGNATURE OPCO, LLC d/b/a SOLITA TACOS & MARGARITAS, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>      Defendants. | Case No.:  8:22-cv-01218-FWS-DFM<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) [29]**<br><br>Complaint filed:    June 27, 2022 |

    Having considered and reviewed the Parties' Joint Stipulation to Dismiss Case with Prejudice Pursuant to F.R.C.P. Rule 41(a) [29] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. The above-captioned case is **DISMISSED WITH PREJUDICE**;
2. Each party shall bear its own costs, experts' fees, attorneys' fees, and attorneys' expense; and

3.  The Clerk of Court is instructed to terminate all pending motions and deadlines, including the Motion to Dismiss scheduled to be heard on February 2, 2023 (Dkt. 24), and close the case.

**IT IS SO ORDERED**.

DATED: January 26, 2023

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE